FILED

07/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0194

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0194

QLARANT INTEGRITY
SOLUTIONS, LLC,

      Petitioner and Appellee,

  v.

NICHOLAS GUTHNECK,

      Respondent and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until August 14, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 11 2024